# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| KEZIAH LYTOYA BISHOP, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:24-CV-127 (LAG) |
| MELISSA MILLS, *et al.*, | : |
| Defendants. | : |

## ORDER

On January 8, 2025, the Court issued an order to show cause in writing, within fourteen days, why the case should not be dismissed for failure to serve process. (Doc. 3). The Order provided Plaintiff notice that: "Failure to respond to this Order will result in dismissal without prejudice and without further notice." (*Id.*). The fourteen-day period has expired, and Plaintiff has not responded to the Court's order. Accordingly, the case is **DISMISSED without prejudice**.

**SO ORDERED**, this 2nd day of April, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**